```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05133
    BRIDGETT LYNN RUSSELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4091


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 03/04/2008 and was not confirmed.

    The case was dismissed without confirmation 10/20/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
CAPITAL ONE                UNSECURED           498.35         .00           .00
AMERICAS SERVICING COMPA   MORTGAGE NOTI   NOT FILED          .00           .00
GMAC MORTGAGE              NOTICE ONLY     NOT FILED          .00           .00
GMAC MTG/JP MORGAN CHASE   CURRENT MORTG        .00           .00           .00
GMAC MTG/JP MORGAN CHASE   SECURED NOT I        .00           .00           .00
AMERICAS SERVICING COMPA   CURRENT MORTG        .00           .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE   12860.05           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          952.32          .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY     NOT FILED          .00           .00
XPRESS LOAN SERVICING      UNSECURED        81129.71          .00           .00
EXPRESS LOAN SERVICING     NOTICE ONLY     NOT FILED          .00           .00
PREMIER BANKCARD           UNSECURED          279.21          .00           .00
HSBC                       UNSECURED          209.55          .00           .00
TCF BANK                   UNSECURED       NOT FILED          .00           .00
DOROTHY LEWIS              NOTICE ONLY     NOT FILED          .00           .00
TAWANA CHAPMAN             NOTICE ONLY     NOT FILED          .00           .00
INDYMAC BANK FSB           CURRENT MORTG        .00           .00           .00
INDYMAC BANK FSB           SECURED NOT I        .00           .00           .00
COOK COUNTY TREASURER      SECURED            738.00          .00           .00
HASANI STEELE              SECURED            516.00          .00           .00
OSHER MANAGEMENT SERVICE   SECURED            288.00          .00           .00
MELVIN J KAPLAN            DEBTOR ATTY      2,424.00                    2,023.04
TOM VAUGHN                 TRUSTEE                                        156.96
DEBTOR REFUND              REFUND                                            .00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 2,180.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 05133 BRIDGETT LYNN RUSSELL
```

```
ADMINISTRATIVE                                              2,023.04
TRUSTEE COMPENSATION                                          156.96
DEBTOR REFUND                                                     .00
                                   ---------------    ---------------
TOTALS                                    2,180.00           2,180.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 01/27/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```